IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05–cv–01496–EWN–CBS

QUINCY MICHAEL SHANNON,

      Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,
THE HONORABLE JOHN HICKENLOOPER, MAYOR,
DENVER POLICE OFFICER THOMAS McKIBBEN, and
DENVER POLICE OFFICER CHAN THANONG,

      Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Amend Complaint (filed January 19, 2006; *doc. no. 16*) is **GRANTED**, with the following understanding:

> The amended complaint does not add any new claims or factual allegations; only dismisses The Honorable John Hickenlooper, Mayor and Denver Police Officer Chan Thanong as named defendants to this action.

Plaintiff's Amended Complaint tendered to the court on January 19, 2006, is accepted for filing as of the date of this order. It is further

**ORDERED** that the case caption shall be modified accordingly.

**DATED:**      January 23, 2006