IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01496–EWN–CBS

QUINCY MICHAEL SHANNON,

    Plaintiff,

v.

DENVER POLICE OFFICER THOMAS McKIBBEN,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the court on the "Plaintiff's Unopposed Motion to Dismiss Cause of Action Number Six (Intentional Infliction of Emotional Distress) and Number Seven (Extreme and Outrageous Conduct) with Prejudice" filed January 19, 2007. The court having read the motion to dismiss causes of action numbers six and seven filed herein, and now being fully advised in the premises, it is

**ORDERED** that causes of action numbers six and seven hereby are DISMISSED, with prejudice.

DATED this 24th day of January, 2007.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge