IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–01496–EWN–CBS

QUINCY MICHAEL SHANNON,

    Plaintiff,

v.

DENVER POLICE OFFICER THOMAS McKIBBEN,

    Defendant.

## ORDER

    This matter is before the court on "Plaintiff's Motion in Limine," filed January 19, 2007. A motion in limine is a trial device, the submission of which this court accepts at a trial preparation conference. (*See* Instructions Concerning Trial Preparation Conference ¶¶ 1–6 [listing motions in limine among items to be submitted at pretrial conference and stating that "[m]otions in limine are widely abused, rarely granted, and strongly discouraged"].) Such a conference has yet to take place, so the court will not presently consider Plaintiff's motion. Accordingly, the motion is denied without prejudice to refiling at the appropriate juncture.

    Based on the foregoing it is therefore ORDERED that:

    Plaintiff's motion for in limine (#36) is DENIED without prejudice to refiling.

Dated this 21st day of June, 2007

                                                BY THE COURT:

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                Chief United States District Judge