IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–01496–EWN–KLM

QUINCY MICHAEL SHANNON,

 Plaintiff,

v.

DENVER POLICE OFFICER THOMAS McKIBBEN,

 Defendant.

## ORDER SETTING TRIAL PREPARATION CONFERENCE

 This matter having been set for trial commencing on October 22, 2007, it is now

 **ORDERED** as follows:

 1. The court will hold a trial preparation conference commencing at 10:45 o'clock a.m. on **October 12, 2007**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

 2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 10th day of September, 2007.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              Chief United States District Judge