IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–01496–EWN–KLM

QUINCY MICHAEL SHANNON,

    Plaintiff,

v.

DENVER POLICE OFFICER THOMAS McKIBBEN,

    Defendant.

## SECOND ORDER SETTING TRIAL PREPARATION CONFERENCE

This matter having been set for trial commencing on November 26, 2007, it is now

**ORDERED** as follows:

1.  The court will hold a trial preparation conference commencing at 2:15 o'clock p.m. on **November 16, 2007**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

2.  In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 13th day of September, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge