IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01496-EWN-KLM

QUINCY MICHAEL SHANNON
    Plaintiff,
vs.

THE CITY AND COUNTY OF DENVER
DENVER POLICE OFFICER THOMAS McKIBBEN
    Defendants.

---

**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE DEFENDANT DENVER POLICE OFFICER THOMAS McKIBBEN**

---

This matter is before the Court on Plaintiff's Motion to Dismiss with Prejudice Defendant Denver Police Officer Thomas McKibben. Good grounds having been shown, it is therefore ORDERED that:

Plaintiff's Motion to Dismiss with Prejudice Defendant Denver Police Officer Thomas McKibben is GRANTED.

Defendant, Denver Police Officer Thomas McKibben, is dismissed with prejudice in his individual and official capacities, each party to pay his own attorney fees and costs.

Dated this 13th day of February, 2008.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINIGHAM
                Chief United States District Judge