IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1496-EWN-KLM

**QUINCY MICHAEL SHANNON**

    Plaintiff,

v.

**THE CITY AND COUNTY OF DENVER**

    Defendant.
_____

### ORDER TO DISMISS WITH PREJUDICE
_____

    **THIS MATTER** having come before the Court on the parties Stipulation For Dismissal With Prejudice, and the Court having reviewed the stipulation, does hereby **GRANT** the Stipulation for Dismissal with Prejudice. The parties are dismissed from this action with prejudice, each party to pay their own costs and attorney's fees.

    **DONE AND ORDERED** this 20th day of February, 2008.

                      BY THE COURT:

                      s/ Edward W. Nottingham
                      CHIEF UNITED STATES DISTRICT JUDGE